IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DANIEL S. SULLIVAN**                                                              **PLAINTIFF**

**V.**                                                               **NO. 1:17-CV-115-DMB-DAS**

**WARDEN BRAND HUFFMAN, et al.**                                    **DEFENDANTS**

## ORDER OF DISMISSAL

On February 22, 2018, this Court entered an order granting Daniel S. Sullivan's request to proceed in forma pauperis in this case, and an order setting a *Spears*[1] hearing. Doc. #7; Doc. #8. The order setting a *Spears* hearing warned Sullivan "that failure to keep the court informed of his current address may result in the dismissal of this lawsuit." Doc. #8 at 2. On March 13, 2018, the mail forwarding the orders to Sullivan was returned to the Court as undeliverable. Doc. #9. It appears that Sullivan is no longer in the custody of the Mississippi Department of Corrections, and Sullivan has failed to advise the Court of any new address.[2] Accordingly, this case is **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED**, this 18th day of June, 2018.

                                                                       /s/Debra M. Brown
                                                                       **UNITED STATES DISTRICT JUDGE**

---

[1] *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985).

[2] *See* L.U. Civ. R. 11(a) ("Every attorney and every litigant proceeding without legal counsel has a continuing obligation to notify the clerk of the court of address changes.").